Josephine A. Ryan, as Administratrix, etc., of John J. Ryan, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg and Howard, JJ., who dissented.

The People of the State of New York ex rel. Mary C. Johnson, as Executrix, etc., of Joseph S. Mead, Deceased, Appellant, v. Clarence W. Smith, as Mayor, and Others, Members of and Together Constituting the Common Council of the City of Johnstown, New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Smith Johnson, Appellant.— Judgment of conviction affirmed. All concurred, except Howard, J., who dissented.

In the Matter of the Claim of Mary McIntyre, Respondent, for Compensation to Herself under the Workmen's Compensation Law, for the Death of Michael McIntyre, v. Hilliard Hotel Company, Employer, and The Fidelity and Casualty Company of New York, Insurance Carrier, Appellants.— Award unanimously affirmed upon the opinion of Kellogg, J., in *Matter of Wilson* v. *Dorflinger & Sons* (170 App. Div. 119), decided herewith.

In the Matter of the Claim of William Sheridan, Respondent, for Compensation under the Workmen's Compensation Law, v. P. J. Groll Construction Company, Employer, and Employers' Liability Assurance Corporation, Ltd., Insurance Carrier, Appellants.— Award unanimously affirmed upon the opinion of Kellogg, J., in *Matter of Wilson* v. *Dorflinger & Sons* (170 App. Div. 119), decided herewith.

In the Matter of the Claim of Martha Chappelle, Respondent, Widow of Joseph T. Chappelle, Deceased, v. Four Hundred and Twelve Broadway Company, Employer, and Zurich General Accident and Liability Insurance Company, Ltd., Insurance Carrier, Appellants.— Award unanimously affirmed upon the opinion of Kellogg, J., in *Matter of Wilson* v. *Dorflinger & Sons* (170 App. Div. 119), decided herewith.

In the Matter of the Claim of Nora Cremin, Respondent, for Compensation for Herself for the Death of Andrew Leo Cremin, under the Workmen's Compensation Law, v. A. L. Mordecai & Son, Employer, and General Accident, Fire and Life Assurance Corporation, Ltd., Insurance Carrier, Appellants.— Award unanimously affirmed upon the opinion of Kellogg, J., in *Matter of Wilson* v. *Dorflinger & Sons* (170 App. Div. 119), decided herewith.

In the Matter of the Claim of David Ulrich, Respondent, for Compensation under the Workmen's Compensation Law, v. Lenox Coat, Apron and Towel Supply Company, Employer, and Zurich General Accident and Liability Insurance Company, Ltd., Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of Catherine Gimber, Respondent, for Compensation Arising Out of the Death of Charles Gimber, Deceased, v. T. P. Kane Company, Employer, and Fidelity and Deposit Company of Maryland, Insurance Carrier, Appellants.— Award unanimously affirmed upon the authority of *Miller* v. *North Hudson Contracting Company* (166 App. Div. 348).